## Gus Grossmann, Appellee, v. Albert R. Diesel, Appellant.

Heard in this court at May term, 1942; opinion filed June 27, 1942. Johnson & Johnson, for appellant; Walter G. Grossmann, for appellee. Opinion by JUSTICE DADY. "Not to be published in full."

---

* See Callaghan's Illinois Digest, same topic and section number.